UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT SHEAFFER,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSEPH LEHMAN,<br><br>                Defendant. | Case No.  C06-5001RBL<br><br>ORDER DENYING I.F.P. APPLICATION AND DENYING APPEAL OF ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT |

      The Court adopts the Magistrate Judge's report and recommendation.  Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED**.  This action shall therefore proceed only if plaintiff pays the applicable filing fee ($250.00) **within 30 days** after entry of this order.  If plaintiff fails to pay the filing fee within this time period, the clerk shall dismiss plaintiff's causes of action.

      The plaintiff's "appeal" of the Magistrate Judge's Order that directs him to file an amended complaint or face dismissal is **DENIED**.  However, this Court will extend the due date for the amended complaint from February 6, 2006 until February 27, 2006.

      **IT IS SO ORDERED.**

      The Clerk is directed to mail a copy of this Order to plaintiff.

      DATED this 4th day of February, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1